UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TIMOTHY DOYLE YOUNG,

        Petitioner,

v.                                            Case Number 11-cv-12191
                                             Honorable Thomas L. Ludington

BUREAU OF PRISONS,

        Respondent.
_____/

## ORDER OF DISMISSAL

Petitioner Timothy Doyle Young, presently confined at the United States Penitentiary in Florence, Colorado, filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. §§ 2241 and 2242 on May 29, 2011 [Dkt. #1]. Petitioner alleges that the Federal Bureau of Prisons is holding him in custody in violation of federal law.

Petitioner did not pay the filing fee for this action when he filed his habeas corpus petition on May 19, 2011, nor did he apply for leave to proceed in forma pauperis. Consequently, on May 23, 2011, the Court ordered Petitioner to submit either the $5.00 filing fee or an application to proceed in forma pauperis. The Court warned Petitioner that failure to comply with the Court's order within twenty-one days could result in the dismissal of this action. Petitioner has not paid the filing fee, submitted an application to proceed in forma pauperis, or requested an extension of time to comply with the Court's previous order.

Accordingly, it is **ORDERED** that the petition for writ of habeas corpus [Dkt. #1] is **DISMISSED** without prejudice for lack of prosecution. *Link v. Wabash R. R. Co.*, 370 U.S. 626, 629-33 (1962); Local Rule 41.2 (E.D. Mich. Mar. 2, 1998).

>   s/Thomas L. Ludington
>   THOMAS L. LUDINGTON
>   United States District Judge

Dated: July 19, 2011

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 19, 2011.

>   s/Tracy A. Jacobs
>   TRACY A. JACOBS